# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEE DAVID HUSTEAD,
               Appellant,
vs.
MARJORIE L. HUSTEAD,
               Respondent.

No. 70495

FILED

JUN 2 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
      CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order entered March 24, 2016, pursuant to a March 10, 2016, hearing, finding appellant in contempt for failing to pay alimony pursuant to a divorce decree. Second Judicial District Court, Family Court Division, Washoe County; Cynthia Lu, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. An order finding a party in contempt is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order finding a party in contempt. *See Pengilly v. Rancho Santa Fe*

16-20178

*Homeowners Ass'n*, 116 Nev. 646, 649, 5 P.3d 569, 571 (2000). Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Cynthia Lu, District Judge, Family Court Division
       Lee David Hustead
       Surratt Law Practice, PC
       Washoe District Court Clerk

_____

[1]We take no action on appellant's motions regarding "filing error" filed on June 7 and 10, 2016.